No. D–1173.  IN RE DISBARMENT OF ROMER.  It is ordered that Steven J. Romer, of Fishkill, N. Y., be suspended from the

practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.